UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
L.R., Individually on Behalf of and as Parent
of L.R., a student with a disability,

                              Plaintiff,

- against -

NEW YORK CITY DEPARTMENT
OF EDUCATION,

                              Defendant.
-----------------------------------------------------------X

**ORDER**

15 CV 1542 (FB) (RML)

IT IS HEREBY ORDERED that the Office of State Review of the New York State Education Department shall, within 30 days of receipt of this Order, mail a certified copy of the administrative record in Office of State Review Appeal 12-178 to counsel for Plaintiffs, Thomas Gray, Partnership for Children's Rights, 271 Madison Avenue, 17th Floor, New York, New York 10016; and

IT IS FURTHER ORDERED that upon receipt of the certified record from the Office of State Review, Plaintiffs' counsel shall provide a copy of such record to counsel for the Defendant, and shall file the certified record with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

Dated: Brooklyn, New York
       5\6\ , 2015

SO ORDERED:

s/Frederic Block
FREDERIC BLOCK
United States District Judge